# Court of Appeals
# of the State of Georgia

ATLANTA, September 12, 2022

*The Court of Appeals hereby passes the following order:*

## A23D0056. JERRY THOMAS v. THE STATE.

Jerry Thomas has filed an application for discretionary review of the trial court's order denying his motion to dismiss for lack of jurisdiction. Because the criminal case against Thomas remains pending below, he was required to comply with the interlocutory appeal procedure — including obtaining a certificate of immediate review from the trial court — to appeal the trial court's order. See OCGA § 5-6-34 (a) (1), (b); *Stewart v. State*, 240 Ga. App. 154, 154-155 (522 SE2d 743) (1999); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Although Thomas filed an application for discretionary review, as described in OCGA § 5-6-35, compliance with that procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996). Thomas's failure to comply with the interlocutory appeal procedure deprives us of jurisdiction over this application, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/12/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.